# EXHIBIT A

William F. Auther (SBN 014317)
Victoria Roberts (SBN 039231)
**BOWMAN AND BROOKE LLP**
Suite 1900, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona 85012-2736
Telephone: (602) 643-2300
Fax: 602-248-0947
William.Auther@bowmanandbrooke.com
Tori.Roberts@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

*Attorneys for Defendant Schindler Elevator Corporation, Macy's Inc, and Macys Mall Real Estate LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Vannote, individually,<br><br>            Plaintiff,<br><br>vs.<br><br>Macy's Inc., a publicly traded holding company; Macys Mall Real Estate LLC, a foreign limited liability company, Otis Elevator Company, Schindler Elevator Corporation; John Doe and Jane Doe; husband and wife; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br><br>            Defendants. | No.<br><br>**CIVIL COVER SHEET** |

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):    **Theresa Vannote** | **Defendant**(s): **Macy's Inc.; Macy's Mall Real Estate LLC ; Otis Elevator Company; Schindler Elevator Corporation ;** |
| County of Residence: Maricopa | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |

| Plaintiff's Atty(s): | Defendant's Atty(s): |
|---|---|
| **Steven J. Jones** | **William F. Auther** |
| Morgan & Morgan Arizona, LLC | Bowman and Brooke, LLP |
| 2355 E. Camelback Rd., Suite 335 | 2929 N Central Ave, Suite 1900 |
| Phoenix, AZ  85016 | Phoenix, AZ  85012 |
| 602-627-2322 | 602-643-2300 |
| **Robert Black** | **Victoria A. Roberts** |
| Morgan & Morgan Arizona, LLC | Bowman and Brooke, LLP |
| 2355 E. Camelback Rd., Suite 335 | 2929 N Central Ave, Suite 1900 |
| Phoenix, AZ  85016 | Phoenix, AZ  85012 |
| 602-627-2322 | 602-643-2300 |
| | **Attorneys for Defendant Schindler Elevator Corporation,Macy's Inc.; Macy's Mall Real Estate LLC** |

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2025-020160**

II. Basis of Jurisdiction:                                          **4. Diversity (complete item III)**

III. Citizenship of Principal Parties**(Diversity Cases Only)**

Plaintiff:-                                                              **1 Citizen of This State**

Defendant:-                                                          **2 Citizen of Another State**

IV. Origin :                                                            **2. Removed From State Court**
V. Nature of Suit:                                                    **365 Personal Injury - Product Liability**

VI.Cause of Action:                                                  **28 U.S.C. §§ 1332(a) and 1441**

VII. Requested in Complaint

Class Action:                                                          **No**

Dollar Demand:

Jury Demand:                                                          **Yes**

VIII. This case **IS RELATED** to Case Number **CV2025-020160** assigned to Judge **Randall Warner.**

**Signature:** *s/Victora A. Roberts*

**Date:** 07/30/2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014

# EXHIBIT B

**SUPPLEMENTAL CIVIL COVER SHEET
FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1.    **Style of the Case:**
Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Theresa Vannote | Plaintiff | Steven J. Jones, Esq.<br>Robert Black, Esq.<br>Morgan & Morgan Arizona, LLC<br>2355 E. Camelback Rd., Suite 335<br>Phoenix, AZ 85016<br>602-735-0250 |
| Schindler Elevator Corporation, Macy's Inc, and Macys Mall Real Estate LLC | Defendant | William F. Auther (014317)<br>Victoria Roberts (039231)<br>Bowman and Brooke LLP<br>2929 N. Central Ave., Ste. 1900<br>Phoenix, AZ 85012<br>602-643-2300 |
|  |  |  |

2.    **Jury Demand:**
Was a Jury Demand made in another jurisdiction?    Yes ⦿        No ◯
If "Yes," by which party and on what date?

_____    _____

3.    **Answer:**
Was an Answer made in another jurisdiction?    Yes ◯        No ⦿
If "Yes," by which party and on what date?

_____    _____

**4.      Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |

**5.      Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| | |
| | |
| | |

**6.      Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| | |
| | |
| | |

**7.      Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | Negligence and premisis liability |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

Supp CV Cover Sheet (rev 8/20/2015)

**Attachment A**

**Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Schindler Elevator Corporation | 07/14/2025 | Personal |
| Macy's Inc. | 07/25/2025 | Personal |
| Macys Mall Real Estate LLC | 06/24/2025 | Personal |
| Otis Elevator Company | 07/11/2025 | Personal |

# EXHIBIT C

3

William F. Auther (SBN 014317)
Victoria Roberts (SBN 039231)
**BOWMAN AND BROOKE LLP**
Suite 1900, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona 85012-2736
Telephone: (602) 643-2300
Fax: 602-248-0947
William.Auther@bowmanandbrooke.com
Tori.Roberts@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

*Attorneys for Defendant Schindler Elevator Corporation*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THERESA VANNOTE, individually, <br> Plaintiff, <br><br> vs. <br><br> MACY'S INC., a publicly traded holding company; MACYS MALL REAL ESTATE LLC, a foreign limited liability company, OTIS ELEVATOR COMPANY, SCHINDLER ELEVATOR CORPORATION; JOHN DOE AND JANE DOE; husband and wife; ABC PARTNERSHIPS I-X; XYZ CORPORATIONS I-X; JOHN DOES I-X AND JANE DOES I-X, <br><br> Defendants. | No. CV2025-020160 <br><br> **NOTICE OF FILING NOTICE OF REMOVAL** <br><br> Tort — Non-Motor Vehicle <br><br> Tier 2 <br><br> (Assigned to Honorable Randall Warner) |

PLEASE TAKE NOTICE that on July 29, 2025, Defendant Schindler Elevator Corporation, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, filed a Notice of Removal of the above-captioned action with the Clerk of the United States District Court of Arizona. A copy of said Notice of Removal, together with all exhibits thereto, is attached as Exhibit A.

Dated this 30th day of July 2025.

**BOWMAN AND BROOKE LLP**

By: */s/Victoria Roberts*
William F. Auther
Victoria Roberts

*Attorneys for Schindler Elevator Corporation*

Filed this 30th day of July 2025 with:

http://turbocourt.com

COPY of the foregoing emailed and mailed this 30th day of July 2025 to:

Steven J. Jones, Esq.
Robert Black, Esq.
Morgan & Morgan Arizona, LLC 2355
E. Camelback Rd., Suite 335 Phoenix,
AZ 85016
steven.jones@forthepeople.com
robert.black@forthepeople.com

*Attorneys for Plaintiff*

 */s/Marcie Buchanan*

2

# EXHIBIT A

William F. Auther (SBN 014317)
Victoria Roberts (SBN 039231)
**BOWMAN AND BROOKE LLP**
Suite 1900, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona 85012-2736
Telephone: (602) 643-2300
Fax: 602-248-0947
William.Auther@bowmanandbrooke.com
Tori.Roberts@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

*Attorneys for Defendants Schindler Elevator Corporation, Macy's Inc, and Macys Mall Real Estate LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Vannote, individually,<br><br>Plaintiff,<br><br>vs.<br><br>Macy's Inc., a publicly traded holding company; Macys Mall Real Estate LLC, a foreign limited liability company, Otis Elevator Company, Schindler Elevator Corporation; John Doe and Jane Doe; husband and wife; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br><br>Defendants. | No.<br><br>**DEFENDANT SCHINDLER ELEVATOR CORPORATION'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Schindler Elevator Corporation ("Schindler"), defendant in the case originally pending as Case No. CV2025-020160 in the Superior Court of Arizona in Maricopa County, files this Notice of Removal to the United States District Court for the District of Arizona.

1.      This action falls under this Court's original jurisdiction on the basis of diversity of citizenship, pursuant to 28 U.S.C. § 1332(a) and is, therefore, an action that may be removed pursuant to 28 U.S.C. § 1441(a).

2.      The Civil Cover Sheet is attached hereto as Exhibit A.

3.      In compliance with LRCiv 3.6(a), the "Supplemental Civil Cover Sheet for

Cases Removed from Another Jurisdiction" is attached hereto as Exhibit B.

4. In compliance with 28 U.S.C. § 1446(d), and in further compliance with LRCiv. 3.6(a), a copy of this Notice of Removal is being filed with the clerk of the state court from which this action has been removed, and is being served upon all parties, in the form attached hereto as Exhibit C.

5. In compliance with 28 U.S.C. § 1446(c) and LRCiv 3.6(b), copies of all pleadings and other documents that were previously filed with the state court are attached hereto as Exhibit D.

6. In further compliance with LRCiv 3.6(b), attached hereto as Exhibit E is the verification of undersigned counsel that Exhibit D contains true and complete copies of all pleadings and other documents filed in the state court proceeding.

7. By filing this Notice of Removal of Action, Schindler does not waive any defenses available to it in this action.

**REMOVAL JURISDICTION**

8. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to federal court. 28 U.S.C. § 1441(a).

9. This Court has original jurisdiction over all civil actions between citizens of different states, where the amount in controversy exceeds the sum or value of $75,000. 28 U.S.C. § 1332(a). As explained below, those criteria are satisfied in this case.

**A.    Diversity of Citizenship**

10. Plaintiff asserts in her Complaint that she is an Arizona resident. See Ex. D, Pl.'s Compl. ¶ 1.

11. Defendant Macy's Inc. is a Delaware foreign For-Profit (Business) Corporation, with its headquarters and principal place of business in New York.

12. Defendant Schindler is a Delaware foreign For-Profit (Business) Corporation, with its headquarters and principal place of business in New Jersey.

13. Defendant, at all relevant times Macy's Mall Real Estate LLC, is a foreign

limited liability company organized under the laws of the State of Ohio with its principal place of business in Ohio. No member of Macy's Mall Real Estate LLC is domiciled in Arizona. Defendant Macy's Mall Real Estate's sole owner and member is Macy's Propco Holdings, LLC, which is an Ohio limited liability company with its principal place of business in the State of Ohio. No member of Macy's Propco Holdings, LLC is domiciled in Arizona. Macy's Propco Holdings, LLC's sole owner and member is Macy's, Inc., which is a Delaware corporation with its principal place of business in the State of New York. *See* 28 U.S.C. § 1332(c)(1); *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 902 (9th Cir. 2006) (holding that an LLC has the citizenship of each of its members).

14.     Upon information and belief, Defendant, Otis Elevator Company (hereinafter "Otis") is a New Jersey foreign For-Profit (Business) Corporation, with its headquarters and principal place of business in Connecticut.

15.     The citizenship of defendants sued under fictitious names is disregarded for purposes of demonstrating complete diversity of the parties for removal. 28 U.S.C. § 1441(b).

16.     Macy's Inc., Macy's Mall Real Estate LLC, and Schindler were served. This firm is counsel as to this matter for these three defendants which consent to removal of this action. *See Lundahl v. Am. Fam. Ins. Co.*, No. 15-CV-090-S, 2015 WL 13333594, at *4 (D. Wyo. Aug. 10, 2015) (noting that "[r]epresentation by counsel of a party as to that party's consent is sufficient to satisfy the requirements under § 1446(b).").

17.     Consent of Otis is not required as it has not appeared and therefore is not properly joined in this case. *See* 28 U.S.C. §1446(b)(2)(A).

**B.     Amount in Controversy**

18.     In her complaint, Plaintiff avers that this case "is properly assigned to Tier 2." Ex. D, Pl.'s Compl. at  6. Under Rule 26.2(c)(3), Ariz. R. Civ. P., an action is assigned to Tier 2 when it seeks more than $50,000 but less than $300,000 in damages. See Ex. E, Pl.'s Certificate of Compulsory Arbitration. The amount in controversy therefore meets the

3

Court's $75,000 jurisdictional threshold, exclusive of interest and costs.

**C.      Timeliness of Removal**

19.      A notice of removal must be filed within 30 days after service on the defendant "of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347 (1999) (holding that removal period begins after service of summons and complaint, "not by mere receipt of the complaint unattended by any formal service").

20.      Moreover, a case may not be removed on the basis of diversity jurisdiction more than one year after commencement of the action. 28 U.S.C. § 1446(c)(1).

21.      This action was filed on July 9, 2025, and it was served on Schindler on July 9, 2025. Therefore, this notice of removal is being filed within 30 days of Schindler being served with Plaintiff's Complaint and it is being filed within one year of the commencement of this action. Accordingly, removal is timely in all respects.

For the foregoing reasons, the case now pending in the Superior Court in and for the County of Maricopa, Case No. CV2025-020160, is hereby removed to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1332(a) and 1441.

Dated this 30th day of July 2025.

**BOWMAN AND BROOKE LLP**

By: */s/Victoria Roberts*
William F. Auther
Victoria Roberts
Suite 1900, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona 85012-2736
*Attorneys for Schindler Elevator*
*Corporation, Macy's Inc, and*
*Macys Mall Real Estate LLC*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I electronically transmitted the foregoing **NOTICE OF REMOVAL OF ACTION** to the Clerk's Office using the CM/ECF System for filing and transmittal, and emailed and mailed a copy of the foregoing document via First-Class Mail, postage prepaid, to the following counsel:

Steven J. Jones, Esq.
Robert Black, Esq.
Morgan & Morgan Arizona, LLC
2355 E. Camelback Rd., Suite 335
Phoenix, AZ 85016
Email: steven.jones@forthepeople.com
Email: robert.black@forthepeople.com

*Attorneys for Plaintiff*


 */s/Marcie Buchanan* _____

5

# EXHIBIT D

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
6/9/2025 2:02:19 PM
Filing ID 1999457

Steven J. Jones, Esq. (ASB #031438)
Robert Black, Esq. (ASB #038183)
**Morgan & Morgan Arizona, LLC**
2355 E. Camelback Rd., Suite 335
Phoenix, AZ 85016
Email: steven.jones@forthepeople.com
Email: robert.black@forthepeople.com
Telephone: 602-627-2322
Telephone: (602) 562-5414
Fax: (602) 627-2162
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THERESA VANNOTE, individually,<br><br>Plaintiff,<br><br>VS.<br><br>MACY'S INC. a publicly traded holding company; MACYS MALL REAL ESTATE LLC, a foreign limited liability company; JOHN DOE AND JANE DOE; husband and wife; ABC PARTNERSHIPS I-X; XYZ CORPORATIONS I-X; JOHN DOES I-X AND JANE DOES I-X,<br><br>Defendants. | Case No.: **CV2025-020160**<br><br>**COMPLAINT**<br><br>**(TORT-NON-MOTOR VEHICLE)**<br><br>**Tier 2** |

COMES NOW the Plaintiff, THERESA VANNOTE hereinafter referred to as "Plaintiff", by and through undersigned counsel, complaining of the Defendants, and in support thereof, states as follows:

## I. JURISDICTION, VENUE & PARTIES

1.  Plaintiff was and is a resident of Peoria, Arizona, and the cause of action on which this Complaint is based occurred in Maricopa County, Arizona.

2.    Defendant, MACY'S INC. (hereinafter "MACY'S"), is a publicly traded holding company, a department store named herein located at 7600 W Arrowhead Towne Center, Glendale, AZ 85308.

3.    Defendant, MACYS MALL REAL ESTATE LLC, is a foreign limited liability company which owns and operates MACY'S for one all of the Defendants named herein located at 7600 W Arrowhead Towne Center, Glendale, AZ 85308.

4.    Defendants sued herein as John Does I-X upon information and belief are now and were at all relevant times residents of the County of Maricopa, State of Arizona. Further, said Defendants are owners, partners, agents, servants, managers, and/or employees of any of the named Defendants, and as such are liable for the actions of said Defendant(s) such that the employer Defendant is vicariously liable for the acts and omissions of John Does I-X. Further the Defendants sued herein as Jane Does I-X are the wives of Defendants John Does I-X and all acts complained of herein were for and on behalf of the respective Doe marital communities. Plaintiff will request leave of the Court to insert the true names of these unknown Defendants as their identities are learned in the course of discovery.

5.    The Defendants sued herein as ABC Partnerships I-X and/or XYZ Corporations I-X is/are the owner(s), agent(s), dba(s), servant(s), wholly owned subsidiary(ies), managing partner(s) and/or corporate parent(s) of Defendant MACY'S, or owners of property located at 7600 W Arrowhead Towne Center, Glendale, AZ 85308, and as such, is/are liable for the actions of said Defendants. All said fictious Defendants are believed to be authorized to do business in the State of Arizona.

6.    Defendants committed acts or omissions or caused events to occur in Maricopa County, Arizona, that caused Plaintiff to sustain serious incapacitating injuries.

7.    The minimum jurisdictional amount established for filing this action has been satisfied. This Court has jurisdiction and venue is proper.

## II.  COUNT ONE: NEGLIGENCE (as to all Defendants)

9.    Plaintiff re-alleges and incorporates by reference the allegations of Paragraph 1 through 7 of this Complaint as fully set forth herein.

10.    This complaint arises from an incident that occurred on October 28, 2023, in Maricopa County, Arizona.

11.    This incident occurred on October 28, 2023, on the property of Defendant MACYS MALL REAL ESTATE LLC, in Glendale Arizona. Plaintiff THERESA VANNOTE was a business invitee in MACY'S. Plaintiff proceeded to go down a non-moving escalator, when she tripped and fell on the last step which was the same level as the bottom as well as having a broken metal strip. At the time of the incident there were no caution signs available prohibiting the use of the escalator.

12.    Defendants owed a non-delegable duty of care to Plaintiff, to conduct reasonable inspection of the premises for hazards, to warn Plaintiff of any such hazards, to operate in a way unlikely to cause hazards, and to remedy any such hazards, whether known or that they discover.

12.    As a result of Defendants' failure to conduct a reasonable inspection of the premises for hazards, failure to operate in a way unlikely to cause hazards, failure to

adequately warn of the hazards, failure to remedy the hazard and/or creating the hazard, Plaintiff slipped and fell, causing severe injuries to Plaintiff.

### III.    COUNT TWO: PREMISES LIABILITY (as to all Defendants)

13.    Plaintiff re-alleges and incorporates by reference the allegations of Paragraph 1 through 12 of this Complaint as if more fully set forth herein.

14.    On October 28th, 2023, Plaintiff was a business invitee at the MACY'S in located at 7600 W Arrowhead Towne Center, Glendale, AZ 85308.

15.    Defendants owed a duty of due care to its business invitees and, specifically to Plaintiff, to conduct reasonable inspection of the premises for hazards, to warn Plaintiffs of any such hazards, to operate in a way unlikely to cause hazards, and to remedy any such hazards, whether known or that it discovers.

16.    Defendants breached their duty of care by failing to adequately warn Plaintiff of a dangerous condition then existing on its premises, by failing to remedy the hazard and/or creating the hazard.

17.    Defendants knew or should have known that an unreasonably dangerous condition existed on its premises, therefore providing Defendants ample notice to take action to remedy the unreasonably dangerous condition.

18.    As a result of Defendant's failure to conduct a reasonable inspection of the premises for hazards, failure to operate in a way unlikely to cause hazards, failure to adequately warn of the dangerous condition, failure to remedy the dangerous condition and/or creating the dangerous condition, Plaintiff tripped and fell, causing severe injuries to Plaintiff.

## IV. DAMAGES

19.    Plaintiff re-alleges and incorporates paragraphs 1-18 above as if fully set forth herein.

20.    As a direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff suffered severe injuries which caused him pain, suffering, distress, mental and emotional anguish and anxiety, and a general decrease in his quality and enjoyment of life, all in an amount to be proven at trial.

21.    As a further direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has incurred expenses for medical care, and may incur expenses for future medical care, all in an amount to be proven at trial.

22.    As a direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has or may have suffered lost earnings and may suffer future lost earnings and/or diminished earning capacity, all in an amount to be proven at trial.

**WHEREFORE,** the Plaintiff respectfully requests judgment against Defendants as follows:

a.    Plaintiff's past and future medical treatment and expenses.

b.    Plaintiff's loss of earnings and future loss of earning.

c.    Plaintiff's general damages in an amount to be proven at trial.

d.    For an amount which will reasonably compensate the Plaintiff for any permanent impairment, limitation, injuries, and/or disfigurement;

e.    Plaintiff 's pain and suffering, past and future;

f.  Plaintiff's loss of enjoyment of life and/or the capacity to live a full life;

g.  Plaintiff's special damages in an amount to be proven at trial.

h.  Such other and further relief as the court deems just and proper.

## STATEMENT OF TIER VALUE

Consistent with the factors and characteristics identified in the lawsuit above, and pursuant to Rule 26.2(b) of the Arizona Rules of Civil Procedure, the damages sought in this case qualify it as a Tier 2 case and is NOT subject to arbitration.

## JURY DEMAND

Plaintiff requests a trial by jury.

**DATED** this 9th day of June 2025.

**Morgan & Morgan Arizona, LLC**

By:  _/s/  Robert Black_
     Robert Black, Esq.
     _Attorney for Plaintiff_

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
6/9/2025 2:02:19 PM
Filing ID 19991458

**Plaintiff's Attorneys:**

Steven Jones
Bar Number: 031438, issuing State: AZ
Law Firm: Morgan & Morgan Arizona, PLLC
2355 E Camelback Rd Suite 335
Phoenix, AZ 85016
Telephone Number: (602)627-2322X3228
Email address: steven.jones@forthepeople.com

CV2025-020160

Robert Black - Primary Attorney
Bar Number: 038183, issuing State: AZ
Law Firm: Morgan & Morgan Arizona, PLLC
Telephone Number: (602)562-5414

**Plaintiff:**

THERESA VANNOTE
10423 West Via Montoya Drive
Peoria, AZ 85383
Telephone Number: (623)695-5558
Email address: theresavannote5558@gmail.com

**Defendants:**

Macy's Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MACYS MALL REAL ESTATE LLC
3260 N HAYDEN ROAD #210
Scottsdale, AZ 85251

Discovery Tier t2

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Premises Liability

AZTurboCourt.gov Form Set #11720283

Civil Cover Sheet
Page 1 of 1

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
6/9/2025 2:02:19 PM
Filing ID 19991459

Person/Attorney Filing: Steven Jones
Mailing Address: 2355 E Camelback Rd Suite 335
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)627-2322X3228
E-Mail Address: steven.jones@forthepeople.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 031438, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

THERESA VANNOTE
Plaintiff(s),

v.

Macy's Inc., et al.
Defendant(s).

Case No. **CV2025-020160**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this June 09, 2025

By: Steven Jones /s/
Plaintiff/Attorney for Plaintiff

*AZturboCourt.gov Form Set #11720263*

Person Filing: **Steven Jones**
Address (if not protected): 2355 E Camelback Rd Suite 335
City, State, Zip Code: Phoenix, AZ 85016
Telephone: (602)627-2322X3228
Email Address: steven.jones@forthepeople.com
Representing [□ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 031438, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
6/9/2025 2:02:19 PM
Filing ID 19991460

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-020160**

THERESA VANNOTE
Name of Plaintiff

**SUMMONS**

AND

Macy's Inc., et al.
Name of Defendant

| WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help. |
|---|

**FROM THE STATE OF ARIZONA TO:** Macy's Inc.

Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #11720283

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *June 09, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *A. MARQUEZ*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Person Filing: Steven Jones
Address (if not protected): 2355 E Camelback Rd Suite 335
City, State, Zip Code: Phoenix, AZ 85016
Telephone: (602)627-2322X3228
Email Address: steven.jones@forthepeople.com
Representing [□ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 031438, Issuing State: AZ

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
A. Marquez, Deputy
6/9/2025 2:02:19 PM
Filing ID 19991461

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-020160**

THERESA VANNOTE
Name of Plaintiff

**SUMMONS**

AND

Macy's Inc., et al.
Name of Defendant

> **WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** MACYS MALL REAL ESTATE LLC
Name of Defendant

1.  **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

Arizona Supreme Court
Summons

Page 1 of 2

EFCV11f-042523

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *June 09, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *A. MARQUEZ*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #1172028

# DECLARATION OF SERVICE

Notice: This document contains sensitive data

| | | |
|---|---|---|
| Court | **SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA** | Court Stamp Here<br><br>Clerk of the Superior Court<br>*** Electronically Filed ***<br>M. De La Cruz, Deputy<br>6/23/2025 3:27:47 PM<br>Filing ID 20075191 |
| Plantiff | **THERESA VANNOTTE** | |

| | | |
|---|---|---|
| Defendant | **Macy's Inc.; Et Al.** | Case #<br><br>**CV2025-020160** |
| Person to be Served | **MACYS MALL REAL ESTATE LLC c/o CORPORATE CREATIONS NETWORK INC, Registered Agent** | |
| Manner of Service | **Personal** | Service Date/Time<br>**6/20/2025**    **12:00 PM** |
| Documents | **Certificate on Compulsory Arbitration;Complaint;Summons;Civil Cover Sheet** | Service Fee<br><br>**$150.00** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of June, 2025** at **12:00 PM** at the address of **3260 N Hayden Rd Ste 210, Scottsdale, Maricopa County, AZ 85251**; the undersigned served the above described documents upon **MACYS MALL REAL ESTATE LLC c/o CORPORATE CREATIONS NETWORK INC, Registered Agent** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CORPORATE CREATIONS NETWORK INC, Registered Agent, I delivered the documents to CORPORATE CREATIONS NETWORK INC, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.  Jasmine Monteith-Office Specialist accepted documents..**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of AZ that the statement above is true and correct.

Date:  06/20/2025

_____

**Luke Wolkos, Reg. # MC9005, Arizona, Maricopa County**
**9740 E. Hampton Ave 58, Mesa, AZ 85209**

Ref  17094646



 **Morgan & Morgan Phoenix**

Tracking # 0174594208



Clerk of the Superior Court
*** Electronically Filed ***
L. Sanchez, Deputy
6/25/2025 12:27:22 PM
Filing ID 20088195

Steven J. Jones, Esq. (ASB #031438)
Robert Black, Esq. (ASB #038183)
**Morgan & Morgan Arizona, LLC**
2355 E. Camelback Rd., Suite 335
Phoenix, AZ 85016
Email: steven.jones@forthepeople.com
Email: robert.black@forthepeople.com
Telephone: 602-627-2322
Telephone: (602) 562-5414
Fax: (602) 627-2162
*Attorneys for Plaintiff*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| THERESA VANNOTE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S INC., a publicly traded holding company; MACYS MALL REAL ESTATE LLC, a foreign limited liability company, **OTIS ELEVATOR COMPANY, SCHINDLER ELEVATOR CORPORATION**; JOHN DOE AND JANE DOE; husband and wife; ABC PARTNERSHIPS I-X; XYZ CORPORATIONS I-X; JOHN DOES I-X AND JANE DOES I-X,<br><br>Defendants. | Case No.: **CV2025-020160**<br><br>**AMENDED COMPLAINT**<br><br>Tort – Non-Motor Vehicle<br><br>Tier 2 |

COMES NOW the Plaintiff, THERESA VANNOTE hereinafter referred to as "Plaintiff", by and through undersigned counsel, complaining of the Defendants, and in support thereof, states as follows:

## I. JURISDICTION, VENUE & PARTIES

1.    Plaintiff was and is a resident of Peoria, Arizona, and the cause of action on which this Complaint is based occurred in Maricopa County, Arizona.

2.    Defendant, MACY'S INC. (hereinafter "MACY'S"), is a publicly traded holding company, a department store named herein located at 7600 W Arrowhead Towne Center, Glendale, AZ 85308.

3.    Defendant, MACYS MALL REAL ESTATE LLC, is a foreign limited liability company which owns and operates MACY'S for one all of the Defendants named herein located at 7600 W Arrowhead Towne Center, Glendale, AZ 85308.

**4.    Defendant, OTIS ELEVATOR COMPANY (hereinafter "OTIS") is a Connecticut foreign For-Profit (Business) Corporation, as the manufacturer of the escalators within Defendant MACY'S for one all of the defendants named herein located at 7600 W Arrowhead Towne Center, Glendale, AZ 85308.**

**5.    Defendant SCHINDLER ELEVATOR CORPORATION (hereinafter "SCHINDLER) is a New Jersey foreign For-Profit (Business) Corporation, in construction and maintenance of the escalators within Defendant MACY'S for one all of the defendants named herein located at 7600 W Arrowhead Towne Center, Glendale, AZ 85308.**

6.    Defendants sued herein as John Does I-X upon information and belief are now and were at all relevant times residents of the County of Maricopa, State of Arizona. Further, said Defendants are owners, partners, agents, servants, managers, and/or employees of any of the named Defendants, and as such are liable for the actions of said

Defendant(s) such that the employer Defendant is vicariously liable for the acts and omissions of John Does I-X. Further the Defendants sued herein as Jane Does I-X are the wives of Defendants John Does I-X and all acts complained of herein were for and on behalf of the respective Doe marital communities. Plaintiff will request leave of the Court to insert the true names of these unknown Defendants as their identities are learned in the course of discovery.

7.    The Defendants sued herein as ABC Partnerships I-X and/or XYZ Corporations I-X is/are the owner(s), agent(s), dba(s), servant(s), wholly owned subsidiary(ies), managing partner(s) and/or corporate parent(s) of Defendant MACY'S, or owners of property located at 7600 W Arrowhead Towne Center, Glendale, AZ 85308, and as such, is/are liable for the actions of said Defendants. All said fictious Defendants are believed to be authorized to do business in the State of Arizona.

8.    Defendants committed acts or omissions or caused events to occur in Maricopa County, Arizona, that caused Plaintiff to sustain serious incapacitating injuries.

9.    The minimum jurisdictional amount established for filing this action has been satisfied. This Court has jurisdiction and venue is proper.

## II. COUNT ONE: NEGLIGENCE (as to all Defendants)

10.    Plaintiff re-alleges and incorporates by reference the allegations of Paragraph 1 through 7 9 of this Complaint as fully set forth herein.

11.    This complaint arises from an incident that occurred on October 28, 2023, in Maricopa County, Arizona.

12.    This incident occurred on October 28, 2023, on the property of Defendant MACYS MALL REAL ESTATE LLC, in Glendale Arizona. Plaintiff THERESA VANNOTE was a business invitee in MACY'S. Plaintiff proceeded to go down a non-moving escalator **manufactured by Defendant OTIS and maintained by Defendant SCHINDLER**, when she tripped and fell on the last step which was the same level as the bottom as well as having a broken metal strip. At the time of the incident there were no caution signs available prohibiting the use of the escalator.

13.    Defendants owed a non-delegable duty of care to Plaintiff, to conduct reasonable inspection of the premises for hazards, to warn Plaintiff of any such hazards, to operate and maintenance in a way unlikely to cause hazards, and to remedy any such hazards, whether known or that they discover.

14.    As a result of Defendants' failure to conduct a reasonable inspection of the premises for hazards, failure to operate in a way unlikely to cause hazards, failure to adequately warn of the hazards, failure to remedy the hazard and/or creating the hazard, Plaintiff slipped and fell, causing severe injuries to Plaintiff.

### III.    COUNT TWO: PREMISES LIABILITY (as to all Defendants)

15.    Plaintiff re-alleges and incorporates by reference the allegations of Paragraph 1 through ~~12~~ **14** of this Complaint as if more fully set forth herein.

16.    On October 28th, 2023, Plaintiff was a business invitee at the MACY'S in located at 7600 W Arrowhead Towne Center, Glendale, AZ 85308.

17.    Defendants owed a duty of due care to its business invitees and, specifically to Plaintiff, to conduct reasonable inspection of the premises for hazards, to warn Plaintiffs

of any such hazards, to operate in a way unlikely to cause hazards, and to remedy any such hazards, whether known or that it discovers.

18.    Defendants breached their duty of care by failing to adequately warn Plaintiff of a dangerous condition then existing on its premises, by failing to remedy the hazard and/or creating the hazard.

19.    Defendants knew or should have known that an unreasonably dangerous condition existed on its premises, therefore providing Defendants ample notice to take action to remedy the unreasonably dangerous condition.

20.    As a result of Defendant's failure to conduct a reasonable inspection of the premises for hazards, failure to operate in a way unlikely to cause hazards, failure to adequately warn of the dangerous condition, failure to remedy the dangerous condition and/or creating the dangerous condition, Plaintiff tripped and fell, causing severe injuries to Plaintiff.

## IV. DAMAGES

21.    Plaintiff re-alleges and incorporates paragraphs 1-20 above as if fully set forth herein.

22.    As a direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff suffered severe injuries which caused him pain, suffering, distress, mental and emotional anguish and anxiety, and a general decrease in his quality and enjoyment of life, all in an amount to be proven at trial.

23.    As a further direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has incurred expenses for medical care, and may incur expenses for future medical care, all in an amount to be proven at trial.

24.    As a direct and proximate result of the negligent, reckless, and careless conduct of Defendants, Plaintiff has or may have suffered lost earnings and may suffer future lost earnings and/or diminished earning capacity, all in an amount to be proven at trial.

**WHEREFORE,** the Plaintiff respectfully requests judgment against Defendants as follows:

a.  Plaintiff's past and future medical treatment and expenses.

b.  Plaintiff's loss of earnings and future loss of earning.

c.  Plaintiff's general damages in an amount to be proven at trial.

d.  For an amount which will reasonably compensate the Plaintiff for any permanent impairment, limitation, injuries, and/or disfigurement;

e.  Plaintiff 's pain and suffering, past and future;

f.  Plaintiff's loss of enjoyment of life and/or the capacity to live a full life;

g.  Plaintiff's special damages in an amount to be proven at trial.

h.  Such other and further relief as the court deems just and proper.

<u>**STATEMENT OF TIER VALUE**</u>

Consistent with the factors and characteristics identified in the lawsuit above, and pursuant to Rule 26.2(b) of the Arizona Rules of Civil Procedure, the damages sought in this case qualify it as a Tier 2 case and that is NOT subject to arbitration.

## JURY DEMAND

Plaintiff requests a trial by jury.


**DATED** this 25th day of June 2025.

**Morgan & Morgan Arizona, LLC**

By:  /s/ Robert Black
        Robert Black, Esq.
        *Attorney for Plaintiff*

# DECLARATION OF SERVICE

Notice: This document contains sensitive data

Court Stamp Here
Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
7/3/2025 10:57:16 AM
Filing ID 20136509

| | |
|---|---|
| **Court** SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA | |
| **Plantiff** Theresa Vannote | |
| **Defendant** Macy's Inc.; et al. | **Case #** CV2025-020160 |
| **Person to be Served** Macy's Inc. c/o CORPORATE CREATIONS NETWORK INC., Registered Agent | |
| **Manner of Service** Personal | **Service Date/Time** 7/01/2025    2:42 PM |
| **Documents** Certificate on Compulsory Arbitration;Complaint;Summons;Civil Cover Sheet | **Service Fee** $150.00 |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **1st day of July, 2025** at **2:42 PM** at the address of **1521 Concord Pike Ste 201, Wilmington, New Castle County, DE 19803**; the undersigned served the above described documents upon **Macy's Inc. c/o CORPORATE CREATIONS NETWORK INC., Registered Agent** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Authorized Person, I delivered the documents to Authorized Person who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of AZ that the statement above is true and correct.

Date: 07/01/2025

*Neil A. Romero*

**Neil Alix Romero**
679 Robinson Ln B, Wilmington, DE 19805

Ref **17094646**



 **Morgan & Morgan Phoenix**

Tracking # **0176009548**



Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
7/10/2025 4:06:02 PM
Filing ID 20175756

# DECLARATION OF SERVICE

Notice: This document contains sensitive data

| Court | **SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA** | |
|---|---|---|
| Plantiff | **THERESA VANNOTE** | |
| Defendant | **MACY'S INC.; ET AL** | Case #<br><br>**CV2025-020160** |
| Person to be Served<br>**OTIS ELEVATOR COMPANY c/o CT CORPORATION SYSTEM, STAT AGENT** | | |
| Manner of Service<br>**Personal** | Service Date/Time<br>**7/09/2025       12:07 PM** | |
| Documents<br>**AMENDED SUMMONS;AMENDED COMPLAINT;CIVIL COVER SHEET;CERTIFICATE OF  COMPULSORY ARBITRATION** | Service Fee<br><br>**$150.00** | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **9th day of July, 2025** at **12:07 PM** at the address of **3800 N CENTRAL AVE SUITE 460, PHOENIX, Maricopa County, AZ 85012**; the undersigned served the above described documents upon **OTIS ELEVATOR COMPANY c/o CT CORPORATION SYSTEM, STAT AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CT CORPORATION SYSTEM, STAT AGENT, I delivered the documents to CT CORPORATION SYSTEM, STAT AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of AZ that the statement above is true and correct.

Date:  07/09/2025

**Jerry Horacek, Reg. # MC-7751, Superior Court of AZ**
**6431 W. Puget Ave, Glendale, AZ 85302**

Ref  **17094646**



 **Morgan & Morgan** **Phoenix**

Tracking # **0177039330**



# DECLARATION OF SERVICE

Notice: This document contains sensitive data

| | | |
|---|---|---|
| **Court Stamp Here** | | |

Clerk of the Superior Court<br>*** Electronically Filed ***<br>K. Higuchi-Mason, Deputy<br>7/11/2025 10:37:30 AM<br>Filing ID 20179873

| Court | SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA |
|---|---|

| Plaintiff | THERESA VANNOTE |
|---|---|

| Defendant | MACY'S INC.; ET AL | Case # | CV2025-020160 |
|---|---|---|---|

| Person to be Served | SCHINDLER ELEVATOR CORPORATION c/o CT CORPORATION SYSTEM, STAT AGENT | | |
|---|---|---|---|

| Manner of Service | Substitute | Service Date/Time | 7/09/2025     12:07 PM |
|---|---|---|---|

| Documents | AMENDED SUMMONS;AMENDED COMPLAINT;CIVIL COVER SHEET;CERTIFICATE OF  COMPULSORY ARBITRATION | Service Fee | $150.00 |
|---|---|---|---|

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **9th day of July, 2025** at **12:07 PM** at the address of **3800 N CENTRAL AVE SUITE 460, PHOENIX, Maricopa County, AZ 85012**; the undersigned served the above described documents upon **SCHINDLER ELEVATOR CORPORATION c/o CT CORPORATION SYSTEM, STAT AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CT CORPORATION SYSTEM, STAT AGENT**, **I delivered the documents to CT CORPORATION SYSTEM, STAT AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of AZ that the statement above is true and correct.

Date:  07/09/2025

**Jerry Horacek, Reg. # MC-7751, Superior Court of AZ**
**6431 W. Puget Ave, Glendale, AZ 85302**

Ref  **17094646**



 **Morgan & Morgan Phoenix**

Tracking # **0177039744**



# EXHIBIT E

William F. Auther (SBN 014317)
Victoria Roberts (SBN 039231)
**BOWMAN AND BROOKE LLP**
Suite 1900, Phoenix Plaza
2929 North Central Avenue
Phoenix, Arizona 85012-2736
Telephone: (602) 643-2300
Fax: 602-248-0947
William.Auther@bowmanandbrooke.com
Tori.Roberts@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

*Attorneys for Defendant Schindler Elevator Corporation, Macy's Inc, and Macys Mall Real Estate LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Vannote, individually,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Macy's Inc., a publicly traded holding company; Macys Mall Real Estate LLC, a foreign limited liability company, Otis Elevator Company, Schindler Elevator Corporation; John Doe and Jane Doe; husband and wife; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br><br>　　　　Defendants. | No.<br><br>**VERIFICATION OF COUNSEL** |

I, Victoria Roberts, Esq., declare as follows:

1.　　I am over the age of 18, have personal knowledge of the matters set forth in this Verification unless otherwise stated, and if called as a witness, I would be competent to testify to the matters in this Verification.  The facts stated in this Declaration are true and correct to the best of my knowledge.

2.　　I am a member in good standing of the State Bar of Arizona.

3.　　I am an Associate in the law firm of Bowman and Brooke, LLP.

4.　　My firm represents Schindler Elevator Corporation in connection with the action proceeding in the Arizona Superior Court, County of Maricopa, Case no. CV2025-

020160 (the "State Court Action").

5.    Pursuant to Local Rule of Civil Procedure 3.6, I verify that the documents attached hereto are true and complete copies of the docket sheet and all pleadings and other documents filed in the State Court Action.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Respectfully submitted this 30th day of July, 2025.

By: */s/ Victoria Roberts*
    William F. Auther
    Victoria Roberts
    Suite 1900, Phoenix Plaza
    2929 North Central Avenue
    Phoenix, Arizona 85012-2736

*Attorneys for Schindler Elevator Corporation, Macy's Inc, and Macys Mall Real Estate LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I electronically transmitted the foregoing **VERIFICATION OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal, and emailed and mailed a copy of the foregoing document via First-Class Mail, postage prepaid, to the following counsel:

Steven J. Jones, Esq.
Robert Black, Esq.
Morgan & Morgan Arizona, LLC
2355 E. Camelback Rd., Suite 335
Phoenix, AZ 85016
Email: steven.jones@forthepeople.com
Email: robert.black@forthepeople.com

*Attorneys for Plaintiff*


*/s/Marcie Buchanan* _____

3

# EXHIBIT F

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
6/9/2025 2:02:19 PM
Filing ID 19991459

Person/Attorney Filing: Steven Jones
Mailing Address: 2355 E Camelback Rd Suite 335
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)627-2322X3228
E-Mail Address: steven.jones@forthepeople.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 031438, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

THERESA VANNOTE
Plaintiff(s),

v.

Macy's Inc., et al.
Defendant(s).

Case No. **CV2025-020160**

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this June 09, 2025

By: Steven Jones /s/
Plaintiff/Attorney for Plaintiff

# EXHIBIT G

**Stacy Hayes**

---

| | |
|---|---|
| **From:** | Robert Black x32256 <robert.black@forthepeople.com> |
| **Sent:** | Tuesday, July 29, 2025 3:44 PM |
| **To:** | Stacy Hayes |
| **Cc:** | Tori Roberts; William Auther |
| **Subject:** | Re: *EXT*Van Note v. Macy's |

Confirmed. Thanks.

## Robert Black
**Attorney**

**T:** (602) 562-5414
**F:** (602) 627-2162
2355 East Camelback Road, Suite 335,
Phoenix, AZ 85016



$25B+ Recovered • 1,000+ Attorneys • 120+ Offices

A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.

---

**From:** Stacy Hayes <Stacy.Hayes@bowmanandbrooke.com>
**Sent:** Tuesday, July 29, 2025 3:43 PM
**To:** Robert Black x32256 <robert.black@forthepeople.com>
**Cc:** Tori Roberts <tori.roberts@bowmanandbrooke.com>; William Auther <William.Auther@bowmanandbrooke.com>
**Subject:** *EXT*Van Note v. Macy's

You don't often get email from stacy.hayes@bowmanandbrooke.com. Learn why this is important
**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Mr. Black,

We represent Schindler and Macys in the above-referenced matter.  Please confirm that your client is seeking over $75,000 in damages.

Thank you,

**Stacy Hayes**
Senior Paralegal
+1 602-643-2352 | Stacy.Hayes@bowmanandbrooke.com

 

Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.